UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-230-D-1

UNITED STATES OF AMERICA

v.

DONALD BAIRD

ORDER TO SEAL

On motion of the Defendant, Donald Baird, and for good cause shown, it is hereby

ORDERED that the **[DE 75]** be sealed until further notice by this Court.

SO ORDERED. This 16 day of November 2016.

JAMES C. DEVER III
Chief United States District Judge