UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-230-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DONALD BAIRD | ORDER TO SEAL |

On motion of the Defendant, Donald Baird., and for good cause shown, it is hereby ORDERED that DE 102 be sealed until further notice by this Court.

SO ORDERED.

This **26** day of **April**, 2021.

JAMES C. DEVER III
United States District Judge